FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MARTHA MEEKS, an individual
also known as Martha Bruce Meeks,

                  Plaintiff,

   v.

JP MORGAN CHASE BANK
NATIONAL ASSOCIATION, d/b/a
Chase Bank, a national banking
association incorporated in Ohio, as
successor in interest to Washington
Mutual, Inc., et al., d/b/a Chase Bank,

                  Defendant.

NO: 2:18-CV-220-RMP

ORDER OF DISMISSAL WITH
PREJUDICE

     BEFORE THE COURT is Plaintiff's Stipulated Motion to Dismiss with

Prejudice, ECF No. 17. Having reviewed the Motion and the record, the Court finds

good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

     1. Plaintiff's Stipulated Motion to Dismiss with Prejudice, **ECF No. 17**, is

        **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** May 31, 2019.


     *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge