AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 31, 2019**

SEAN F. McAVOY, CLERK

MARTHA MEEKS, an individual also known as Martha Bruce Meeks,

*Plaintiff*

v.

JP MORGAN CHASE BANK NATIONAL ASSOCIATION, d/b/a Chase Bank, a national banking association incorporated in Ohio, as successor in interest to Washington Mutual, Inc. et al., d/b/a Chase Bank,

*Defendant*

Civil Action No. 2:18-cv-220-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Stipulated Motion to Dismiss with Prejudice (ECF No. 17) is GRANTED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party. Judgment of dismissal is entered, with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 5/31/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen